1

**FISHER & PHILLIPS LLP**
SCOTT M. MAHONEY, ESQ.

2

Nevada Bar No. 1099

3

300 S. Fourth Street
Suite 1500

4

Las Vegas, NV  89101
Telephone: (702) 252-3131

5

smahoney@fisherphillips.com
Attorneys for Defendants, GK Nevada LLC

6

And Jason Meixner

7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9

10

VICTOR VALENZUELA, an individual,       ) Case No.: 2:23-cv-01477-GMN-BNW
                                                                       )

11

                     Plaintiff,       ) **STIPULATION AND ORDER TO**
                                                                       ) **EXTEND TIME TO RESPOND TO**

12

    vs.                                                       ) **COMPLAINT**
                                                                       )

13

GK NEVADA, LLC, a Nevada LLC, dba       )           **(First Request)**
CENTENNIAL TOYOTA; JASON                  )

14

MEIXNER, an individual, CLIFF               )
NUAENBERG, an individual, and DOES 1    )

15

– 10, inclusive, and ROES 1-10 , inclusive, )
                                                                       )

16

             Defendants.       )

17

                               )

18

     IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

19

record that Defendants, GK Nevada LLC and Jason Meixner, will have up to and

20

including November 7, 2023, to file their answer or to otherwise respond to Plaintiff's

21

Complaint (ECF No. 1).

22

     This is the first request for an extension of this deadline.  Additional time is

23

needed to allow defense counsel to become familiar with the facts of this matter and to

24

determine whether his firm's representation will extend to Defendant Nuaenberg as

25

well.  Plaintiff agrees to maintain the status quo regarding Mr. Nuaenberg through

26

27

28

*(left margin, vertical text)* FISHER & PHILLIPS LLP  300 S. Fourth Street, Suite 1500  Las Vegas, Nevada  89101

1

FP 48492450.1

1    November 7.  The parties are also exploring alternative dispute resolution.

2        FISHER & PHILLIPS, LLP            HUTCHISON & STEFFEN, PLLC

3

4        By: /s/ Scott M. Mahoney          By: /s/ Alex Vleto
         Scott M. Mahoney, Esq.            Jason D. Guinasso, Esq.

5        300 S. Fourth Street              Alex Vleto, Esq.
         Suite 1500                        5371 Kietzke Lane

6        Las Vegas, Nevada 89101           Reno, NV  89511
         *Attorneys for Defendants*        *Attorneys for Plaintiff*

7

8                                          IT IS SO ORDERED:

9

10

11

12                                         Dated:  10/18/2023

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*(left margin, vertical text)* **FISHER & PHILLIPS LLP**  300 S. Fourth Street, Suite 1500  Las Vegas, Nevada  89101

FP 48492450.1

2