**FISHER & PHILLIPS LLP**
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
smahoney@fisherphillips.com
Attorneys for Defendants, GK Nevada LLC
And Jason Meixner

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR VALENZUELA, an individual, | Case No.: 2:23-cv-01477-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| GK NEVADA, LLC, a Nevada LLC, dba CENTENNIAL TOYOTA; JASON MEIXNER, an individual, CLIFF NUAENBERG, an individual, and DOES 1 – 10, inclusive, and ROES 1-10 , inclusive, | **(Third Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants, GK Nevada LLC and Jason Meixner, will have up to and including December 4, 2023, to answer or to otherwise respond to Plaintiff's Complaint (ECF No. 1).

This is the third request for an extension of this deadline.  The parties were unable to voluntarily agree to binding arbitration and the additional time will give Defendants time to prepare a motion to compel arbitration.  Plaintiff agrees to maintain

1

FP 48803899.1

the status quo regarding Mr. Nuaenberg through December 4.

| FISHER & PHILLIPS, LLP | HUTCHISON & STEFFEN, PLLC |
|---|---|
| By: /s/ Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* | By: /s/ Alex Vleto<br>Jason D. Guinasso, Esq.<br>Alex Vleto, Esq.<br>5371 Kietzke Lane<br>Reno, NV 89511<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____

Dated: 11/21/2023