Jason D. Guinasso, Esq. (SBN 8478)
Alex Velto, Esq. (SBN 14961)
HUTCHISON & STEFFEN, PLLC
5371 Kietzke Lane
Reno, Nevada 89511
Tel: (775) 853-8746
Fax: (775) 201-9611
jguinasso@hutchlegal.com
avelto@hutchlegal.com.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR VALENZUELA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CENTENNIAL TOYOTA, a Nevada Corporation; GK NEVADA, LLC, a Nevada LLC,; KEYES AUTOMOTIVE GROUP, a California Corporation, JASON MEIXNER, an individual, CLIFF NUAENBERG, an individual, and DOES 1-10, inclusive, and ROES 1-10, inclusive<br><br>Defendant. | Case No.: 2:23-cv-01477-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL ARBITRATION OR STAY PROCEEDING**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiff, Victor Valenzuela, will have up to and including December 27, 2023, to file his Opposition to Motion to Compel Arbitration or Stay Proceeding (ECF No. 15).

This is the first request for an extension of this deadline. Additional time is needed to allow Plaintiff's counsel to engage an expert to review the employment contracts provided to counsel with the alleged signature of the Plaintiff.

//

//

1

Dated this 15th day of December 2023

| HUTCHISON & STEFFEN, PLLC | FISHER & PHILLIPS, LLP |
|---|---|
| */s/ Alex Velto* | */s/Scott Mahoney* |
| Jason D. Guinasso, Esq. | Scott M. Mahoney, Esq. |
| Alex R. Velto A., Esq. | 300 S. fourth Street |
| 5371 Kietzke Lane | Suite 1500 |
| Reno, Nevada 89511 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED:

Dated: December 18, 2023