**FISHER & PHILLIPS LLP**
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
smahoney@fisherphillips.com
Attorneys for Defendants, GK Nevada LLC,
Jason Meixner and Cliff Nuaenberg

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR VALENZUELA, an individual, | Case No.: 2:23-cv-01477-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION TO COMPEL ARBITRATION** |
| vs. | |
| GK NEVADA, LLC, a Nevada LLC, dba CENTENNIAL TOYOTA; JASON MEIXNER, an individual, CLIFF NUAENBERG, an individual, and DOES 1 – 10, inclusive, and ROES 1-10, inclusive, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have up to and including January 26, 2024, to file a reply to Plaintiff's Opposition to Motion to Compel Arbitration (ECF No. 18) (the "Opposition"). Defendants' Motion to Compel Arbitration (ECF No. 15) was filed on December 4, 2023.

This is the first request for an extension of this deadline. Defendants need additional time to reply because the Opposition includes a report from a handwriting expert and Defendants will need to obtain their own expert. Further,

1

FP 49155914.1

1  defense counsel had a surgical procedure on December 26.

2  FISHER & PHILLIPS, LLP                HUTCHISON & STEFFEN, PLLC

4  By: /s/ Scott M. Mahoney              By: /s/ Alex Vleto
   Scott M. Mahoney, Esq.                Jason D. Guinasso, Esq.
5  300 S. Fourth Street                  Alex Vleto, Esq.
   Suite 1500                            5371 Kietzke Lane
6  Las Vegas, Nevada 89101               Reno, NV 89511
   *Attorneys for Defendants*            *Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: December 29, 2023

2

FP 49155914.1