**FISHER & PHILLIPS LLP**
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
smahoney@fisherphillips.com
Attorneys for Defendants, GK Nevada LLC,
Jason Meixner and Cliff Nuaenberg

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR VALENZUELA, an individual, | ) Case No.: 2:23-cv-01477-GMN-BNW |
| Plaintiff, | ) **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION TO COMPEL ARBITRATION** |
| vs. | ) |
| GK NEVADA, LLC, a Nevada LLC, dba CENTENNIAL TOYOTA; JASON MEIXNER, an individual, CLIFF NUAENBERG, an individual, and DOES 1 – 10, inclusive, and ROES 1-10 , inclusive, | ) **(Second Request)** |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have up to and including February 19, 2024, to file a reply to Plaintiff's Opposition to Motion to Compel Arbitration (ECF No. 18) (the "Opposition").  Defendants' Motion to Compel Arbitration (ECF No. 15) was filed on December 4, 2023.

///

///

///

///

1

49382570

*(sidebar, vertical text)* FISHER & PHILLIPS LLP    300 S. Fourth Street, Suite 1500    Las Vegas, Nevada  89101

1        This is the second request for an extension of this deadline.  Defendants are

2    awaiting the results of a retained handwriting expert.

3    FISHER & PHILLIPS, LLP        HUTCHISON & STEFFEN, PLLC

4

5    By: */s/ Scott M. Mahoney*        By: */s/ Alex Vleto*
     Scott M. Mahoney, Esq.        Jason D. Guinasso, Esq.

6    300 S. Fourth Street        Alex Vleto, Esq.
     Suite 1500        5371 Kietzke Lane

7    Las Vegas, Nevada 89101        Reno, NV  89511
     *Attorneys for Defendants*        *Attorneys for Plaintiff*

8

9

10   IT IS SO ORDERED:

11

12   _____
     UNITED STATES DISTRICT JUDGE

13   Dated: January 26, 2024

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

49382570

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101