**FISHER & PHILLIPS LLP**
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
smahoney@fisherphillips.com
Attorneys for Defendants, GK Nevada LLC,
Jason Meixner and Cliff Nuaenberg

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR VALENZUELA, an individual, | Case No.: 2:23-cv-01477-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION TO COMPEL ARBITRATION** |
| vs. | |
| GK NEVADA, LLC, a Nevada LLC, dba CENTENNIAL TOYOTA; JASON MEIXNER, an individual, CLIFF NUAENBERG, an individual, and DOES 1 – 10, inclusive, and ROES 1-10 , inclusive, | **(Third Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have up to and including March 5, 2024, to file a reply to Plaintiff's Opposition to Motion to Compel Arbitration (ECF No. 18) (the "Opposition"). Defendants' Motion to Compel Arbitration (ECF No. 15) was filed on December 4, 2023.

This is the third request for an extension of this deadline. Defendants' handwriting expert has completed her analysis and reached conclusions, but has not yet

1

FP 49640316.1

finalized her written report, the content of which will be used in the reply brief.

| FISHER & PHILLIPS, LLP | REESE RING VELTO, PLLC |
|---|---|
| By: /s/ Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* | By: /s/ Alex Vleto<br>Alex Vleto, Esq.<br>200 S. Virginia Street, Suite 655<br>Reno, Nevada 89501<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 2/20/2024